IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THE GALLAGHER LAW
GROUP,

      Appellant,

v.

SOUTHEAST PERSONNEL
LEASING, INC., AND
PACKARD CLAIMS
ADMINISTRATION,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1711

Opinion filed June 17, 2016.

An appeal from an order of the Judge of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident: July 18, 2011.

Bill McCabe, Longwood, for Appellant.

William H. Rogner of Hurley, Rogner, Miller, Cox, & Waranch, P.A., Winter Park,
for Appellees.

PER CURIAM.

      This court having received Appellees' confession of error and request to

remand based on the Supreme Court of Florida's recent opinion in <u>Castellanos v.</u>

<u>Next Door Co.</u>, 41 Fla. L. Weekly S197 (Fla. April 28, 2016), and finding that reversal is warranted in light of that opinion, the order of the Judge of Compensation Claims is REVERSED and this case is REMANDED for proceedings consistent with that opinion.

LEWIS, BILBREY and WINOKUR, JJ., CONCUR.